UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-9389 FWS (DSR)                                    Date: April 21, 2026

Title      FELIX THAXTON v. UNITED STATES OF AMERICA

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

|  L. Krivitsky  |  n/a  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO RESPOND TO COURT ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, an inmate at FCI Terminal Island, has filed a Petition for Writ of Habeas Corpus regarding alleged miscalculation of his release date due to failure to include time credits he has allegedly earned.  See Doc No. 1.  On February 12, 2026, the Court entered an Order Requiring Response to Petition for Writ of Habeas Corpus.  See Doc. No. 5.  Therein, the Court ordered Respondent to file a Notice of Appearance within fourteen (14) days of the date of that Order (i.e., by February 26, 2026) and a response to the Petition, which was due within thirty (30) days of that Order if Respondent moved to dismiss (i.e., by March 16, 2026), or forty-five (45) days of that Order if Respondent elected to answer the Petition (i.e., by March 30, 2026).  Id. at ¶¶ 3, 4, 7.  To date, Respondent has not complied with any of those requirements – it has not filed any Notice of Appearance, nor any substantive response (Motion or Answer) to the Petition.

Respondent is hereby ORDERED TO SHOW CAUSE, no later than **5:00 p.m. on April 24, 2026**, why it has failed to comply with the Court's Order Requiring a Response.  It may do so by either filing a Notice of Appearance and Response to the Petition – in which it addresses ALL claims and bases alleged in the Petition – or by filing a sworn Declaration showing good cause

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-9389 FWS (DSR)                                    Date: April 21, 2026

Title       FELIX THAXTON v. UNITED STATES OF AMERICA

for its failure to comply with the Court's February 12th Order and a commitment to a date by which Respondent will file a response addressing all claims and bases alleged in the Petition.

    FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

cc:  Daniel.Beck@usdoj.gov

                                                                          :
**Initials of Preparer**          LK