UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-9389-FWS (DSR) Date: October 14, 2026

Title **Felix Thaxton v. United States of America**

---

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS (LOCAL RULE 41-6)**

This is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by self-represented Petitioner Felix Thaxton. See Doc. No. 1. At least at the time he filed this case, Petitioner was a federal prisoner at the Federal Correctional Institution at Terminal Island in San Pedro, California. Id. at 5. On February 12, 2026, this Court issued an Order requiring a Response to the Petition. See Doc. No. 5.

Respondent did not timely file a Response to the Petition, however, so on April 21, 2026, the Court issued an Order requiring Respondent to show cause why it failed to do so. See Doc. No. 6. On April 24, 2026, Respondent filed a response to the April 21st Order to Show Cause. See Doc. No. 8. The Court then entered a separate Order discharging the OSC and setting a new briefing schedule on the Petition. See Doc. No. 9.

On May 7, 2026, the mail containing the Court's Order discharging the OSC and setting the new briefing schedule that was sent to Petitioner at his address of record was returned undelivered by the Postal Service, marked "Return to Sender, Not Deliverable As Addressed, Unable to Forward." See Doc. No. 10.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-9389-FWS (DSR) Date: October 14, 2026

Title **Felix Thaxton v. United States of America**

Local Rule 41-6 provides:

> A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Petitioner has not complied with his obligations under that Local Rule aimed at insuring that the Court is able to communicate with Petitioner and serve on him orders and other mail. Petitioner is therefore ORDERED TO SHOW CAUSE within 21 days of the date of this Order why this case should not be dismissed for failure to prosecute by failing to keep the Court apprised of his address. Petitioner may comply with this Order by filing a notice of change of address with his current mailing address or by filing with the Court a sworn declaration showing other cause as to why this case should not be dismissed. PETITIONER IS EXPRESSLY CAUTIONED THAT IF HE FAILS TO RESPOND TO THIS ORDER, THE COURT WILL RECOMMEND THAT THIS ACTION BE DISMISSED UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(B), FOR PETITIONER'S FAILURE TO PROSECUTE.

In addition, on May 22, 2026, Respondent filed its Answer to the Petition. See Doc. No. 11. On May 25th, Respondent filed a Certificate of Service indicating it had served its Answer on Petitioner by mail at his address of record (FCI Terminal Island). See Doc. No. 12 at 2. Petitioner has not filed any Reply to that Answer. In light of the fact that mail from the Court to Petitioner at that address was returned undeliverable, it is uncertain if Petitioner received Respondent's Answer and simply chose not to file a Reply, or if he never received the Answer. If Petitioner does desire to file a Reply to Respondent's Answer, he may do so concurrently with his change of address or Declaration in response to this Order to Show Cause.

IT IS SO ORDERED.

:

**Initials of Preparer** LK